United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE L SPENCER,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant. | CIVIL NO. 10-5661BHS-JRC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF AND AMENDING SCHEDULING ORDER |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before February 17, 2011, Defendant's Answering Brief shall be filed on or before March 17, 2011, and Plaintiff's Reply Brief shall be filed on or before March 31, 2011. Oral argument, if desired, shall be requested by April 7, 2011.

DATED this 14th day of January, 2011.

_J. Richard Creatura (signature)_

J. Richard Creatura
United States Magistrate Judge