1
2
3
4
5
6
7

United States Magistrate Judge Mary Alice Theiler

8              UNITED STATES DISTRICT COURT

9            WESTERN DISTRICT OF WASHINGTON

10  JESSE L SPENCER,                    )
11                     Plaintiff,       )   CIVIL NO. C10-5661-RAJ-MAT
                                        )
12  vs.                                 )   ORDER FOR EXTENSION OF
                                        )   TIME TO FILE PLAINTIFF'S
13                                      )   OPENING BRIEF
    MICHAEL J. ASTRUE,                  )
14  Commissioner of Social Security,    )
                                        )
15                     Defendant.       )
16

17      Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

18      ORDERED that Plaintiff's Opening Brief shall be filed on or before March 18,

19  2011, Defendant's Answering Brief shall be filed on or before April 29, 2011, and

20  Plaintiff's Reply Brief shall be filed on or before May 13, 2011.

21  **In light of the two week extension granted for defendant's Answering Brief, no**

22  **further extensions will be granted absent extraordinary circumstances.**

23
24
25

ORDER FOR EXTENSION OF TIME                Law Office of Eitan Kassel Yanich, PLLC
TO FILE PLAINTIFF'S OPENING BRIEF – [C10-  203 Fourth Avenue E., Suite 321
5661-RAJ-MAT] - 1                          Olympia, WA. 98501
                                           (360) 705-1226

1

2        DATED this 16th day of February, 2011.

3

4                                    _____

5                                    Mary Alice Theiler
                                     United States Magistrate Judge

6

7    Presented by:

8
     S/EITAN KASSEL YANICH
9    EITAN KASSEL YANICH, WSBA #13690
     Attorney for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EXTENSION OF TIME                Law Office of Eitan Kassel Yanich, PLLC
TO FILE PLAINTIFF'S OPENING BRIEF – [C10-  203 Fourth Avenue E., Suite 321
5661-RAJ-MAT] - 2                          Olympia, WA. 98501
                                           (360) 705-1226